ACCEPTED
03-17-00628-CR
21254643
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 9:10 AM
JEFFREY D. KYLE
CLERK

NO. 03-17-00628-CR

| | | |
|---|---|---|
| BARLOW SMITH,<br>Appellant | § | IN THE COURT OF APPEALS |
| VS. | § | THIRD DISTRICT |
| THE STATE OF TEXAS,<br>Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 9:10:43 AM
JEFFREY D. KYLE
Clerk

## STATE'S MOTION FOR THE CLERK OF THIS COURT TO TRANSFER THE REPORTER'S RECORD FROM CASE NO. 03-16-00048-CR TO THE CURRENT CASE

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

This is an appeal of the trial court's denial of relief requested by Appellant regarding his probated judgment under Texas Code of Criminal Procedure art. 11.072. Appellant had previously sought habeas relief in the same case wherein the trial court denied Appellant's requested relief and Appellant unsuccessfully sought appeal in Case No. 03-16-00048-CR. The Reporter's Record was filed in Case No. 03-16-00048-CR on February 5, 2016.

## II.

Appellant has prepared and filed his brief without having made arrangements for a Reporter's Record to be filed in this Case and recites facts within his brief that are outside of both the Reporter's Record and the Clerk's Record for support of his claim. In as much as the claims asserted by Appellant in this Case are related to the claims asserted by Appellant in Case No. 03-16-00048-CR and perhaps some being identical claims to those previously asserted, the State of Texas believes that it would be in the interest of justice for this Court to order the transfer of the Reporter's Record filed in Case No. 03-16-00048-CR on February 5, 2016 to the present Case.

## PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and direct the Clerk of this Court to transfer the Reporter's Record currently on file in Case No. 03-16-00048-CR being styled Ex parte Barlow Smith to the current Case No. 03-17-00628-CR styled Ex parte Barlow Smith.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643

| Telephone | Telecopier |
|---|---|
| (325) 247-5755 | (325) 247-5274 |

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portions of this motion contains 270 words printed in Aldine401BT 14 font, according to the WordPerfect™ X8 word count tool.

_____
Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 13th day of December 2017, to Barlow Smith, Appellant Pro Se, by eserve.

_____
Gary W. Bunyard
Assistant District Attorney